# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Griffin E. Harris,

    Plaintiff,

    v.                                   Case No. 2:14–cv–1351

Commissioner of Social Security,         Judge Michael H. Watson

    Defendant.

## ORDER

On July 13, 2015, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation ("R&R") concerning the disposition of Griffin E. Harris's ("Plaintiff") Statement of Specific Errors in this Social Security case.  ECF No. 20. Judge Deavers recommended that the Court reverse the Commissioner's non-disability finding and remand the case to the Commissioner and the Administrative Law Judge pursuant to Sentence Four of 42 U.S.C. § 405(g).  *Id.* at 13.

Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1).  *Id.* at 13–14.  Judge Deavers also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting

the R&R. *Id.* at 14. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**, and the case is remanded to the Commissioner and the Administrative Law Judge.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**