UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Griffin E. Harris,

    Plaintiff,

    v.                                           Case No. 2:14–cv–1351

Commissioner of Social Security,          Judge Michael H. Watson

    Defendant.

### ORDER

On October 5, 2015, United States Magistrate Judge Deavers issued a report and recommendation ("R&R") recommending that the Court grant Plaintiff's Motion for an Award of Attorney's Fees. R&R, ECF No. 24.

Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 6. Judge Deavers also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**, and the Court **GRANTS** Plaintiff's Motion for an Award of Attorney's Fees, ECF No. 23. Accordingly, Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $5,707.80.

**IT IS SO ORDERED.**

                                                            /s/ Michael H. Watson
                                                         **MICHAEL H. WATSON, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**